**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| PABLO ISIDORO ARAGON VALLE,<br>             Petitioner,<br><br>   v.<br><br>LEONARD ODDO, et. al.,<br>             Respondents. | )<br>)<br>)   Civil No. 26-929<br>)<br>)<br>)<br>) |

## JUDGMENT

AND NOW, this 22nd day of May, 2026, IT IS HEREBY ORDERED that pursuant to

Rule 58 of the Federal Rules of Civil Procedure, judgment is entered in favor of Petitioner and

against Respondents only as specified in the Order issued this day.

BY THE COURT:

/s/ Joy Flowers Conti
Joy Flowers Conti
Senior United States District Court Judge